ESSEX SAVINGS BANK *v.* JOHN F. COYNE

ESSEX SAVINGS BANK *v.* JEFFREY W. NAVIN ET AL.

The defendants John F. Coyne and Jeffrey W. Navin's petition for certification for appeal from the Appellate Court, 38 Conn. App. 904 (AC 13748/14169), is denied.

*Kenneth R. Davis,* in support of the petition.

*John S. Bennet,* in opposition.

Decided September 13, 1995

---

NEW MILFORD SAVINGS BANK *v.* JESSICA A. MELIEF ET AL.

The defendants Jessica A. Melief and Andre Melief's petition for certification for appeal from the Appellate Court, 38 Conn. App. 906 (AC 13613), is denied.

*Irwin J. Hausman* and *Gale K. Busemeyer,* in support of the petition.

*Joseph P. Secola,* in opposition.

Decided September 13, 1995

---

STATE OF CONNECTICUT *v.* MILTON KIRTON

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 914 (AC 13988), is denied.

*Earle Giovanniello,* in support of the petition.

*Christopher T. Godialis,* deputy assistant state's attorney, in opposition.

Decided September 13, 1995